```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 57603
   ETHEL CLAY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER


       Debtor
  SSN XXX-XX-1987

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/15/2005 and was confirmed 12/21/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 11/21/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE                 UNSEC W/INTER    3397.74        372.20        682.26
PORTFOLIO RECOVERY ASSOC    UNSEC W/INTER     399.56         41.96         61.83
AMERICAN EXPRESS            UNSEC W/INTER  NOT FILED           .00           .00
ROUNDUP FUNDING LLC         UNSEC W/INTER    3133.94        356.96        617.52
INGALLS HOSPITAL            UNSEC W/INTER  NOT FILED           .00           .00
METRO INF                   UNSEC W/INTER  NOT FILED           .00           .00
PELLETTIERI & ASSOC         UNSEC W/INTER  NOT FILED           .00           .00
TARGET RETAILERS NATIONA    UNSEC W/INTER  NOT FILED           .00           .00
TARGET RETAILERS NATIONA    UNSEC W/INTER  NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT       5.20           .00          5.20
AT&T WIRELESS               NOTICE ONLY   NOT FILED            .00           .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     2,700.00                     2,700.00
TOM VAUGHN                  TRUSTEE                                        276.28
DEBTOR REFUND               REFUND                                          15.79

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              5,130.00

PRIORITY                                    5.20
SECURED                                      .00
UNSECURED                               1,361.61
   INTEREST                               771.12
ADMINISTRATIVE                          2,700.00
TRUSTEE COMPENSATION                      276.28
DEBTOR REFUND                              15.79
                    --------------     --------------
TOTALS               5,130.00           5,130.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 57603 ETHEL CLAY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE